IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VD, by and through his Parent and Natural Guardian, JD,** | : | CIVIL ACTION NO. 3:22-CV-1380 |
| | : | |
| | : | (Judge Conner) |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 8th day of September, 2022, upon consideration of plaintiffs' motion (Doc. 3) for temporary restraining order and preliminary injunction, and the court concluding, for the reasons stated on the record during today's hearing, that the requested emergency relief is inappropriate, it is hereby ORDERED that plaintiffs' motion (Doc. 3) is DENIED.

                                         /S/ CHRISTOPHER C. CONNER
                                         Christopher C. Conner, Chief Judge
                                         United States District Court
                                         Middle District of Pennsylvania